IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, COLUMBIA, SC
2026 NOV 12 A 11:47

THOMAS L. TAYLOR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

NORFOLK SOUTHERN TRAIN COMPANY
S.C. MUNICIPLE OFFICE
PRISMA HEALTH HOSPITAL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:26-cv-05688-JDA-PJG
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: THOMAS L. TAYLOR

All other names by which you have been known:

N/A

ID Number: 38548

Current Institution: ALVIN S. GLENN DETENTION CENTER

Address: 201 JOHN MARK DIAL DR.

COLUMBIA SC 29209

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: NORFOLK SOUTHERN TRAIN COMPANY

Job or Title (if known): CARRIER TRANSPORTATION

Shield Number: N/A

Employer: NORFOLK SOUTHERN TRAIN COMPANY

Address: 1201 MAIN STREET

COLUMBIA SC 29201

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: ____________________

Job or Title (if known): S.C. MUNICIPLE OFFICE

Shield Number: N/A

Employer: MUNICIPLE OFFICE

Address: 1411 GERVAIS STREET/P.O.BOX 12109
COLUMBIA SC 29211

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: PRISMA HEALTH HOSPITAL

Job or Title (if known): TRAINED PROFESSIONAL CARE-PROVIDERS

Shield Number: N/A

Employer: 5 RICHLAND MEDICAL PARK DR.

Address: COLUMBIA SC 29203

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: ______________________

Job or Title (if known): ______________________

Shield Number: ______________________

Employer: ______________________

Address: ______________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST, 5TH, 6TH, 8TH, 14TH

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. DELIBERATE INDIFFERENCE, RECKLESS DISREGARD, INSERVITUDES, STATE-CREATED DANGER DOCTRINES, INVIDIALS DISCRIMINATORIAL ANIMUS, SYSTEMATICAL / GOVERNMENTAL OPPRESSIONS, WRECKLESS ENDANGERMENT, MISAPPROPRIATIONS OF PROCURRED & ALLOCATED STATE & FEDERAL GOVERNMENTAL FUNDS., ETCETERA..., ETCETERA..,

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* ______________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

WHERE: ENGLISH AVENUE/WESTBELTLINE BLVD RAILROAD TRACKS...

WHEN: JUNE 17TH 2022 IN ACCORDANCE TO HOSPITAL RECORDS...

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 17TH 2022

BETWEEN THE TIMES OF 3:00 / 4:00PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

* PLEASE SEE DETAILS IN REVISED COMPLAINTS *
ATTACHED.

☑ INDIVIDUAL CAPACITY ☑ OFFICIAL CAPACITY

DEFENDANT NO. 1

NORFOLK SOUTHERN TRAIN COMPANY

COMPLAINT:

THAT ON THE DATES OF: 06.17.2022 WHILE WALKING ON THE BEAT DOWN AND WORN PATHS OF THE ENGLISH AVENUE/ WEST BELT LINE RAILROAD TRACKS, I WAS STRUCK BY A NORFOLK SOUTHERN TRAIN - WHERE A MIDDLE AGE BLACK MALE TRAIN CONDUCTOR WITHOUT HAVING THE STATION'S CHIEFS PERMISSION FOR EMERGENCY ASSISTANCE AND AID REASONS, STOPPED HIS TRAIN AND ATTEMPTED TO COME TO MY AID AS I WAS EXPERIENCING APPARENT BLUNT FORCE IMPACT TRAUMA TO THE HEAD SHOCK - URINATING AND DEFICATING ON MYSELF IN THE PROCESS, EMERGENCY FIRST AID RESPONDERS AS RECORDS AND DOCUMENTS AS EVIDENCE SHOWS - WERE DISPATCHED, AS I HAD FLED THE SCENE OF THE INCIDENT IN SHOCK AND TERROR AT AROUND ABOUT APPROXIMATELY 3:00 / 4:00PM.., AT AROUND ABOUT APPROXIMATELY 8:00/ 9:00PM I ENTERED THE PRISMA HEALTH HOSPITAL EMERGENCY RECEPTION (ER) BAY VIA PERSONAL TRANSPORT AND HAD MYSELF ADMITTED. BUT AS I DIDN'T HAVE ANY FORMIDABLE INSURANCE POLICIES CREDENTIALS THROUGH INTENTIONAL DELIBERATE INDIFFERENCE DISCRIMINATORY/AL LIBEL INDUCED FACTORS, THE INTAKE RECEPTIONIST NURSE ENTERED INTO THE SYSTEMS THAT I WAS A MALINGERING HOMELESS MAN COMPLAINING OF BEING STRUCK BY A TRAIN, AND FOR THESE REASONS I WAS DEPRIVED OF ADEQUATE TREATMENT WHERE IT WAS STATED THAT I SUFFERED NO BROKEN BONES AND WAS DISCHARGED. WHERE THROUGH LATER EVENTS AND ADMISSIONS AFTER XRAYS AND EXAMINATIONS ITS BEING STATED IN DOCTOR REPORTS AND STATEMENTS AT THE PRISMA HEALTH HOSPITAL, ALVIN S. GLENN DETENTION CENTER - MEDICAL UNIT, AND THE DEPT. OF CORRECTIONS MEDICAL DOCTORS ASSESSMENTS THAT DUE TO THE TRAIN INCIDENT IM SUFFERING WITH THE PHYSICAL INJURIES AND AILMENTS OF TORN ROTATOR CUFFS BOTH SHOULDERS, SLIP DISCS, SPINAL CORD BEING OUT OF ALIGNMENT, AND SEVERE EXCRUCIATING MIGRANE HEADACHES AS THE CENTER POINTS OF IMPACT WAS THE BACK OF MY SKULL, WHICH ALL REQUIRE EXTENSIVE SURGERYS, THERAPYS AND ADEQUATE TREATMENTS AS TODAYS DATE IS 10.27.2026 AND IM ENDURING CHRONIC ARTHRITIS PAINS AND SUFFERINGS AND THE INTENTIONAL INFLICTIONS OF EMOTIONAL DISTRESS FROM THE PROLONGED DELAYS OF IMMEDIATE DUE PROCESS RELIEFS...

DEFENDANT NO. 2
S.C. MUNICIPLE OFFICE

COMPLAINT:

THAT AS THE RESPONSIBLE SUPERVISORY AUTHORITYS IN THEIR VICARIOUS LIABILITY POSITIONS, THE MUNICIPAL COURTS OF SOUTH CAROLINA IN MISAPPROPRIATING PROCURRED & ALLOCATED STATE & FEDERAL GOVERNMENTAL FUNDS, HAVE ALLOWED THE RAIL ROAD TRACKS OF THE ENGLISH AVENUE AND WEST BELTLINES BLVD, TO GO UNREPAIRED, UNKEMPT AND IN UNPROTECTED DANGEROUS CONDITIONS TO AND FOR THE PUBLIC COMMUNITIES, ALLOWING US FOR OVER THREE (3) DECADES WITHOUT ANY STIPULATIONS OF PUNISHMENTS OR SANCTIONS OR VIOLATIONS, TO TRESSPASS UPON THE TRACKS INORDER TO GAIN ACCESS TO SPECIFIC WORN DOWN AND BEATEN PATH CUTS THAT ALLOWED US TO GAIN ADEQUATE TIME AND GROUNDS IN OUR TRAVELS. AND AS I WAS STRUCK BY A NORFOLK SOUTHERN TRAIN ON 06.17.2022, THERE WEREN'T ANY VISIBLE SIGNS ~~FOR~~ OR NOTICES TO PEDESTRIANS VISIBLE FOR FIVE (5) MILES IN EITHER DIRECTION, MAKING THE NORFOLK SOUTHERN TRAIN COMPANYS AND S.C MUNIC-IPLE OFFICES LIABLE FOR THEIR VICARIOUS STATE-CREATED DANGER DOCTRINES VIOLATIONS OF SADISTIC MENS REA CULPABLE STATES OF MINDS MALICES...-

DEFENDANT NO. 3

PRISMA HEALTH HOSPITAL

COMPLAINT;

THAT IN THEIR INVIDIOUS DISCRIMINATORIAL ANIMUS VICARIOUS LIABILITY SUPERVISORY AUTHORITY POSITIONS OF INADEQUATE TREATMENT MEDICAL MALPRACTICING ILL DISREGARDS DELIBERATE INDIFFERENCE SADISTIC MENS REA CULPABLE STATES OF MALICE MIND ATTITUDES, AFTER I HAD ADVISED THEM IN GOOD-FAITH INTENTIONS THAT ON THE DATES OF 06.17.2022, THAT I HAD BEEN STRUCK BY A TRAIN.., THAT AS I DIDN'T HAVE ANY FORMIDABLE INSURANCE PLANS, MEDICAID OR MEDICARE., THE NURSE RECEPTIONIST ENTERED INTO THEIR COMPUTER SYSTEMS THAT I WAS A "MALINGERING" HOMELESS MAN - IN WHICH THESE SLANDEROUS AND LIBEL WORDS WERE THE SOURCE AND REASONS WHY I WAS DEPRIVED OF IMMEDIATE ADEQUATE ATTENTION, TREATMENT AND RELIEF. THAT AS BEING BIASED BY THESE TRAINED PROFESSIONAL CARE-PROVIDERS INITIALLY I WAS ULTIMATELY TOLD AFTER ASSESSMENTS, THAT NOTHING WAS WRONG WITH ME "AT ALL"... FAST FORWARD TO A FEW MONTHS LATER IN ME BEING ADMITTED TO THE HOSPITAL THROUGH VIA THE A.S.G.D.C WHO HAD ALSO TAKEN XRAYS. THE HOSPITAL STATED THAT I HAD TORN ROTATOR CUFFS, SPINAL CORD OUT OF ALIGNMENT, AND SLIP DISCS TO ACCOMPANY MY SEVERE BACK MUSCLE SPASMS CAUSED BY JAIL STAFF, WHICH I WAS TOLD AS IM DEALING WITH EVERYDAY CHRONIC PAINS AND ARTHRITIS THAT I REQUIRE EXTENSIVE SURGERYS THAT I HAVEN'T RECIEVED THERAPY OR TREATMENT/SURGERY FOR SINCE THE DATES OF MY TRAIN ACCIDENT, WHERE I HAVEN'T PERFORMED ANY EXERCISES IN OVER 4 1/2 YEARS AFRAID THAT I WILL ENHANCE MY INJURYS, THE DEPT. OF CORRECTIONS MEDICAL DOCTORS ARE ALSO WITNESSES TO MY EXTENSIVE EXAMINED PHYSICAL INJURYS...

N/A

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

TORN ROTATOR CUFFS, SLIP DISCS, SPINAL CORD OUT OF ALIGNMENT., DUE TO THE FACTS THAT I DIDN'T HAVE ANY FORMIDABLE MEDICAID, MEDICARE, OR ACTIVE INSURANCE PLANS. I WAS SAVAGELY WITH THE CRUEL AND UNUSUAL PUNISHMENTS OF DELIBERATE INDIFFERENCE DISREGARDS ADVERSE REACTIONAL INVIDIOUS DISCRIMINATORIAL ANIMUS MALICES PROVIDED WITH INTENTIONAL PAIN; SUFFERING INADEQUATE MEDICAL MALPRACTICING TREATMENT BY DOCTORS AND HOSPITAL STAFFS AT THE PRISMA HEALTH HOSPITAL.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

IN REQUESTING PUNITIVE DAMAGES IN THE AMOUNTS OF $10, MILLION U.S DOLLARS - AND ALSO: NOMINAL, ACTUAL, COLLATERAL, COMPENSATORY, SPECIAL, PROSPECTIVE, EQUITABLE, INDEMNITY, COMPASSIONATE, DECLARATORY, INJUNCTION, STATUTORY, EXEMPLARY, SUBSTANTIVE, AND ETCETERA DAMAGES...

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- ☐ Yes
- ☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- ☐ Yes
- ☐ No
- ☐ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- ☐ Yes
- ☐ No
- ☐ Do not know

N/A

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- ☐ Yes
- ☐ No

N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

N/A

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

BECAUSE MY ACCIDENT ARRIVED OUTSIDE OF AN INSTITUTION OR FACILITY, THERE WAS NO GRIEVANCE PROCESS PROCEDURES THAT I WAS AWARE OF.,

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

ATKINS LAW FIRM, BRIAN & LUKE SHEALEY LAW FIRM, STRONG LAW FIRM, STROM LAW FIRM, BILL GREEN LAW FIRM, SHELLY LEAKE LAW FIRM, BELL LAW GROUP, AND ETCETERA; ALL REFUSED TO REPRESENT ME IN THESE MATTERS PROBONO, FORCING ME TO PROCEED PROSE...

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I EVEN INFORMED THE 5TH CIRCUIT JUDICIAL COURTS, THE DEPT. OF MENTAL HEALTH & ASSOCIATES, SPECIAL COUNSEL D. ASHLEY PENNINGTON, THE DEPT. OF JUSTICE, DISABILITYS RIGHTS OF SOUTH CAROLINA.., BUT NONE WOULD ACT ON MY BEHALF...

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) THOMAS L. TAYLOR V.

   Defendant(s) DEBRA LUZ ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNITED STATES DISTRICT COURT DISTRICT OF SOUTH CAROLINA

3. Docket or index number

   0:22-CV-00256-TLW-PJG

4. Name of Judge assigned to your case

   MAGISTRATE JUDGE, PAIGE J. GOSSETT

5. Approximate date of filing lawsuit

   ~~[illegible]~~ 02. ? . 2022

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. MAY-2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

ERRONEOUSLY & EGREGIOUSLY DISMISSED WITH PREJUDICE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) THOMAS L. TAYLOR V.

Defendant(s) S. C. D. C ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

3. Docket or index number

0:24-CV-07238-JDA-PJG

4. Name of Judge assigned to your case

MAGISTRATE JUDGE. PAIGE J. GOSSETT

5. Approximate date of filing lawsuit

12.12.2024

6. Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. 11, 21, 2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

ERRONEOUSLY & EGREGIOUSLY DISMISSED WITHOUT PREJUDICE

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11.05, 2026.

Signature of Plaintiff [signature]
Printed Name of Plaintiff THOMAS L. TAYLOR
Prison Identification # 38548
Prison Address 201 JOHN MARK DIAL DR.
COLUMBIA SC 29209
City State Zip Code

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney N/A
Printed Name of Attorney
Bar Number
Name of Law Firm

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________